UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DEONTA FREDERICK WILSON,

                Petitioner,                Case No. 1:10cv1030

v.                                                Hon. Robert J. Jonker

CAROL R. HOWES,

                Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 5, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 5, 2014, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that petitioner's habeas petition is DENIED. Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                                            /s/Robert J. Jonker
                                           ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE

Dated:  March 26, 2014